UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER,<br><br>             Plaintiff,<br><br>   v.<br><br>CHARLOTTE HEADLEY, *et al.*,<br><br>             Defendants. | Case No. C24-5948-TL-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This is a 42 U.S.C. § 1983 prisoner civil rights action. On December 26, 2024, Plaintiff filed a motion for leave to proceed in this action without exhausting her administrative remedies. (Dkt. # 7.) However, Plaintiff's motion is premature, as this Court previously directed service of Plaintiff's complaint (dkt. # 8), and Defendants have not yet appeared or raised the defense of failure to exhaust. Accordingly, Plaintiff's pending motion (dkt. # 7) is STRICKEN without prejudice to refiling at an appropriate time.

Dated this 23rd day of January, 2025.

MINUTE ORDER - 1

Ravi Subramanian
Clerk of Court

By: Tim Farrell
    Deputy Clerk

MINUTE ORDER - 2