THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER, | CASE NO. C24-5948-JCC-MLP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHARLOTTE HEADLEY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for a temporary restraining order (TRO) and preliminary injunction (Dkt. No. 30). A court may issue a TRO if "specific facts . . . clearly show that *immediate* . . . injury" will result. *See* Fed. R. Civ. P. 65(b)(1)(A) (emphasis added). The purpose of a TRO is to "preserv[e] the status quo and prevent[] irreparable harm just so long as is necessary to hold a hearing [on the preliminary injunction motion], and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439 (1974). Though Plaintiff's allegations are admittedly harrowing, they do not demonstrate the immediacy that is required for this Court to enter relief so extraordinary as a TRO, nor do they involve a request to preserve the status quo. This is especially so where Plaintiff's requested relief involves being transferred out of a facility that she has resided in for

1  over a month now. (Dkt. No. 30 at 1) (Plaintiff has been in her current facility since "Jan. 30,
2  2025," and asks to be placed back in her former facility, "WCCW"). Moreover, Defendants have
3  now notified the Court of their intent to respond to Plaintiff's motion. (Dkt. No. 33 at 1.) These
4  circumstances essentially convert Plaintiff's motion for a TRO and preliminary injunction into
5  one that purely seeks a preliminary injunction.

6      Accordingly, the Court CONSTRUES Plaintiff's motion (Dkt. No. 30) as a motion for a
7  preliminary injunction. The Court further REFERS Plaintiff's motion for a preliminary
8  injunction (Dkt. No. 30) and her related motion for a subpoena (Dkt. No. 27) to the Honorable
9  Michelle L. Peterson, United States Magistrate Judge, per the procedures outlined in 28 U.S.C.
10 § 636(b)(1) and this Court's Local Magistrate Judge Rules.

11     DATED this 21st day of March 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk